PaPS 8
(12/04)

# UNITED STATES DISTRICT COURT
# for the
# District of New Jersey

U.S.A. vs. **Sutter, Cheryle** Docket No. **2:11-00080-003**

## Petition for Action on Conditions of Pretrial Release

COMES NOW **Mertice Evans** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Sutter, Cheryle**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at Newark, on November 30, 2010, under the following conditions:

The defendant was released on a $100,000 unsecured appearance bond cosigned by the defendant's mother, Cynthia Sutter with the following conditions to apply:

1) Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
2) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim or informant; not retaliate against any witness, victim or informant in this case.
3) The defendant shall be released into the third party custody of Cynthia Sutter.
4) The defendant's travel is restricted to New Jersey unless otherwise approved by Pretrial Services.
5) Surrender all passports and travel documents as directed by Pretrial Service. Do not apply for new travel documents.
6) Substance abuse testing and/or treatment as directed by Pretrial Services. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
7) Maintain current residence or a residence approved by Pretrial Services
8) Maintain or actively seek employment and/or commence an education program as approved by Pretrial Services.
9) Maintain residence separate from the co-defendant but visitation with their child is permitted and may interact concerning their child.
10) The defendant shall not work in an employment situation that provides access to medical prescriptions.
11) The co-defendants may meet in the presence of counsels to discuss the case.

On September 14, 2011 the defendant pled guilty to count 1 of the Superseding Indictment before Your Honor. She is scheduled for sentencing on December 19, 2011.

On September 27, 2011, the bail was modified to permit the defendant to live with co-defendant, Ivan Lugo.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER THAT RELEASE CONDITIONS BE MODIFIED TO INCLUDE MENTAL HEALTH EVALUATION AND TREATMENT AS DIRECTED BY PRETRIAL SERVICES

ORDER OF COURT

Considered and ordered this 14th day of October 2011 and ordered filed and made a part of the records in the above case.

Honorable Susan D. Wigenton
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

Mertice Evans
U.S. Pretrial Services Officer