UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY — NEWARK

---

**UNITED STATES OF AMERICA**

                          CASE No.: 11-00080-001 (SDW)

v.

**VINCENT HSIA**

    Defendant.

---

## ORDER RELEASING AND DISCHARGING PROPERTY / BAIL

This matter having been opened to the court on the application of the defendant, Vincent Hsia, by counsel (Michael Chazen, Esq.) on notice to the United States of America (Office of the U.S. Attorney, AUSA Anthony Mahajan, Esq.), and it appearing that defendant is in custody and this case is concluded, and for good cause shown,

It is on this **23rd** day of February, 2012

Ordered that the property / bail posted in this matter is hereby released and bail is discharged.

_____
SUSAN D. WIGENTON, U.S.D.J.