PAUL FISHMAN
UNITED STATES ATTORNEY
JIM CLARK
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, 7TH FLOOR
NEWARK, NEW JERSEY 07102
(973) 645-2700

|  |  |  |
|---|---|---|
|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA, | : | HON. SUSAN D. WIGENTON |
| PLAINTIFF, | : | CRIMINAL NO. 11-80-01 |
| v. | : | CONSENT ORDER |
| VINCENT HSIA, | : |  |
| DEFENDANT. | : |  |

WHEREAS, judgment was entered on the 27th day of February, 2012 in an action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Vincent Hsia, defendant for the sum of $250,500.00 is now actually due thereon; and it is

AGREED the United States District Court Clerk has in its registry $50,000.00 which was deposited by the defendant on or about August 5, 2011, as a condition of his release to secure a $50,000.00 bond. (Exhibit B)

AGREED that $50,000 of the funds described above shall be applied to the fine ordered herein.

I hereby agree to the terms of the within Consent Order.

_____
Marc Bressler
Defendant Attorney

_____
JIM CLARK
Assistant U.S. Attorney
Deputy Chief, Civil Division

IT IS SO ORDERED this 7th day of August, 2012.

_____
HON. SUSAN D. WIGENTON
JUDGE, U.S. DISTRICT COURT