PAUL FISHMAN
UNITED STATES ATTORNEY
JORDAN ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, 7TH FLOOR
NEWARK, NEW JERSEY 07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. SUSAN D. WIGENTON |
| PLAINTIFF, | : | CRIMINAL NO. 11-80-01 |
| v. | : | AMENDED CONSENT ORDER |
| VINCENT HSIA, | : | |
| DEFENDANT. | : | |

WHEREAS, judgment was entered on the 27th day of February, 2012 in an action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Vincent Hsia, defendant for the sum of $250,500.00 is now actually due thereon; and it is

AGREED the United States District Court Clerk has in its registry $61,644.89 which was deposited by the defendant on or about August 5, 2011, as a condition of his release to secure a $61,644.89 bond. (Exhibit B)

AGREED that $61,644.89 of the funds described above shall be applied to the fine ordered herein.

I hereby agree to the terms of the within Consent Order.

_____ 9-6-12
Marc Bressler
Defendant Attorney

_____
Jordan Anger
Assistant U.S. Attorney

IT IS SO ORDERED this  1ST  day of  October , 2012.

_____
HON. SUSAN D. WIGENTON
JUDGE, U.S. DISTRICT COURT